## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY EDWARDS (#510282)** | **CIVIL ACTION** |
| **VERSUS** | |
| **RANDY LAVESPERE, ET AL.** | **21-59-JWD-SDJ** |

## OPINION

The Court has independently reviewed the entire record in this case and adopts the Magistrate Judge's Report dated October 20, 2021 (Doc. 25), to which an objection was filed (Doc. 27). The Court notes that the summary judgment record establishes that Plaintiff failed to exhaust his administrative remedies prior to filing suit, which allows the Court to grant a motion for summary judgment with respect to any non-moving defendants *sua sponte* after giving Plaintiff notice and a reasonable time to respond. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 15) is granted, dismissing all of Plaintiff's claims against all defendants.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with any potential state law claims, and that this action is dismissed without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 4, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**